# SEALED

FILED

2013 APR -3 PM 12:28

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ANDRES SANCHEZ,**<br>Defendant. | I N D I C T M E N T<br>SA13CR0276 XR<br>[Vio: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |

THE GRAND JURY CHARGES:

**COUNT ONE**
[18 U.S.C. § 922(g)(1)]

That on or about December 22, 2012, in the Western District of Texas, Defendant,

**ANDRES SANCHEZ,**

being a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, specifically: a Glock model 22, .40 caliber semiautomatic pistol, serial number CML369US; such firearm having been shipped and transported in

interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**

**I.**

**Firearms Forfeiture Statutes and Violations**

**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461.**
***See* Fed.R.Crim.P. 32.2]**

As a result of the foregoing criminal violations set forth in Count One, which is punishable by imprisonment for more than one year, Defendant **ANDRES SANCHEZ** shall forfeit the below described property to the United States of America pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection ...(g) ...of section 922. . . shall be subject to seizure and forfeiture under the provisions of this chapter...

This Notice of Demand for Forfeiture includes, but is not limited to the properties described below in paragraph II.

## II.
## Personal Properties

(1) A Glock model 22, .40 caliber semiautomatic pistol, serial number CML369US; and

(2) A magazine with 15 rounds.

A TRUE BILL,

[redacted]

FOREPERSON

ROBERT PITMAN
United States Attorney

DAVID M. SHEARER
Assistant United States Attorney