SEALED

CASE SEALED: X UNSEALED: ______

CASE NO: ____________________

XR

**SA13CR0276**

## PERSONAL DATA SHEET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**USAO#:** 2013R06267

**COUNTY:** BEXAR **DIVISION:** SAN ANTONIO **JUDGE:** ______

**DATE:** APRIL 03, 2013 **MAG.CT.#:** ______ **FBI #:** [redacted]

**ASSISTANT U.S. ATTORNEY:** DAVID M. SHEARER **DEF. D.O.B.:** [redacted]

**DEFENDANT:** ANDRES SANCHEZ **DEF. SSN:** [redacted]

**DEFENDANT'S A/K/A'S:** ______

**MALE:** X **FEMALE:** ______

**DEFENDANT'S ADDRESS:** [redacted]

**CITIZENSHIP:** United States: X Mexican: ______ Other: ______

**INTERPRETER NEEDED:** YES: ______ NO: X Language: ______

**DEFENSE ATTORNEY'S NAME:** ______
Employed: ____ Appointed: ____

**DEFENSE ATTORNEY'S ADDRESS:** ______

**DEFENDANT:** In Jail: X Where: GEO GROUP, INC. Writ Attached: NO

On Bond: ____ Amount of Bond: DETENTION WITHOUT BOND

**TO BE ARRESTED:** YES **DATE OF ARREST:** ______ **BENCH WARRANT NEEDED:** YES

**PROBATION OFFICER:** ______ **NAME & ADDRESS OF SURETY:** ______

**PROSECUTION BY:** X **INDICTMENT** ______ **INFORMATION** ______ **OTHER** ______

**OFFENSE: (Code & Description)** COUNT 1: 18 U.S.C. §922 (g)(1) POSSESSION OF A FIREARM BY CONVICTED FELON

**OFFENSE IS:** **FELONY** X **CLASS A MISDEMEANOR** ______ **CLASS B/C PETTY OFFENSE**

**MAXIMUM SENTENCE** (Each Count) COUNT 1: 10 YEARS IMPRISONMENT; $250,000 FINE; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT

**MANDATORY PENALTY:** Yes: X No: ______ As to special assessment only.

**REMARKS:** CASE AGENT NAME / AGENCY: ATF TFO Jacob Garza *vmg*

WDT-Cr-3 USDC CY 1 USDC CY 2 COURT CY USMS CY USAO CY PROBATION CY PRE-TRIAL SVCS CY USAO DOCKETING CY