**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CASE No. SA:13-CR-00276(1)-XR** |
| | § | |
| **(1) ANDRES SANCHEZ** | § | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE ELLIS ORDER, PLEA AGREEMENT,**
**JURY SELECTION AND TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above styled and numbered cause, and respectfully request a continuance of the Plea Agreement due on May 3, 2013, docket Call and Rearraignment of May 16th, 2013 and Trial scheduled for May 28th, 2013 and for good cause would show this Court as follows.

I.

Defendant, Andres Sanchez was Arraignment on April 15, 2013.

II.

The current deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties is this cause is Friday, May 3rd, 2013, at 5:00 p.m. Counsel needs additional time to review the discovery in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully request that the Court grant this motion and for such other and further relief as this Honorable Court deems just and proper.

RESPECTFULLY SUBMITTED:

/S/ James L. Rodriguez
JAMES L. RODRIGUEZ
SBN: 17146410
1507 N. Saint Mary's Street
San Antonio, Texas 78215-1413
Telephone (210) 222-8400
Facsimile (210) 222-8051

**CERTIFICATE OF SERVICE**

I hereby certify that I cause a true and correct copy of the foregoing document has been served upon the following via electronic notice on this 3th day of May 2013.

Mr. David Shearer
Assistant United States Attorney
601 N. S. Loop 410, Suite 600
San Antonio, Texas
Facsimile 210-384-7082

/S/ James L. Rodriguez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CASE No. SA:13-CR-00276(1)-XR** |
| | § | |
| **(1) ANDRES SANCHEZ** | § | |

**ORDER GRANTING**
**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**
**ELLIS ORDER, PLEA AGREEMENT, JURY SELECTION AND TRIAL**

Came on this date to be considered Defendant's Unopposed Motion for Continuance of Plea Agreement and Trial and finds that Motion is well founded and should be GRANTED. Accordingly,

IT IS HEREBY ORDERED that the Unopposed Motion for Continuance of Plea Agreement and Trial is GRANTED.

Signed and Entered this _____ day of ___________ 2013.

_________________________________
JUDGE PRESIDING